In re Vermilion Bay Land Co.; Dykes, David Paul; Smith, Sally Dykes; Dykes, Rosemary Bulling; Durham, Thomas A.; Pope, C.R., Estate of; Pope, Ella Ruth; Ayres, Patricia Shield; Ayres, Robert M.; Ayres, Robert Atley; Ayres, Vera Patricia; deCompiegne, H.A. Jr.; Stelzig, Gary Wayne; Stelzig, Marsha K.; Kearney, Dale Edward; Kearney, Sheryl Lynn; Pritchett, J.L.; Pritchett, Janet B.; Team Bank, N.A.; Hoffman, Maryann Bryan; Hoffman, Briggs A. Jr.; Sadler, Maryann B.; Sadler, Dickerman C. Jr.; Sadler, Christy B.; Pyka, A.D.; Pyka, Effie Lou; Sikes, R.M.; Sikes, Jeanette S.; Bayou Energy, Inc.; *1123 DREI Inc.; Ainsworth, F.F.; Carden, C.T.; Carden, Edna Mae; Fink, Darrell M.; Fink, Norma J.; Chapman, Bobbie Barber; — Defendants); applying for writ of certiorari and/or review; to the Court of Appeal, Third Circuit, No. CA90-1245; Parish of Vermilion, 15th Judicial District Court, Div. “F”, No. 89-57333.
Denied.